## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RINANDO T. TUCKER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO.  06-CV-998-WDS** |
| | ) | |
| **DONALD A. HULICK, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### O R D E R

**STIEHL, District Judge:**

Before the Court is petitioner's motion to stay (Doc. 14).  Being a person in state custody, petitioner brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Because petitioner has an appeal pending before the Illinois Appellate Court for the Fifth District (Cause No. 5-06-0572), resolution of the petition before this Court is premature. Accordingly, petitioner's motion to stay (Doc. 14) is **GRANTED**. Petitioner is directed to notify this Court that the stay may be lifted within thirty (30) days of the resolution of the state matter.

**IT IS SO ORDERED.**

**DATED: May 16, 2007.**

                                          s/ WILLIAM D. STIEHL
                                              DISTRICT JUDGE